# BROWN v STATE OF FLORIDA

Case No. 88-1043-AC (County Court Case No. 32924-87)

Fifth Judicial Circuit, Marion County

March 28, 1989

## APPEARANCES OF COUNSEL

**Flem K. Whited, III.,** Whited & Johnson, for appellant.

**S. Ray Gill,** State Attorney and **Steve Rothenburg,** Assistant State Attorney, for appellee.

Before McNEAL, PETERSON, TOMBRINK, JJ.

## OPINION OF THE COURT

PER CURIAM.

AFFIRMED. The trial judge correctly instructed the jury regarding defendant's refusal to submit to an approved breath test that:

> When a person is suspected of committing the offense of driving or operating a motor vehicle while under the influence of alcoholic beverages to the extent his normal faculties are impaired and refuses to take an approved chemical test, such a fact may be shown in evidence as a circumstances from which guilt may be inferred.

Now, while evidence of refusal to take a chemical test does not raise

a presumption of guilty, it is a circumstances which the jury may consider along with all the other evidence and circumstances in this case.

See *Fla. Stat.* 316.1932(1)(a) (1987), *South Dakota v Neville,* 459 U.S. 553, 103 S.Ct. 916, 74 L.Ed.2d 748 (1983), *Minor v Williams,* 640 F.Supp. 360 (M.D. Tenn 1985).